**Steven Ray WILKERSON,**
**Plaintiff—Appellant,**

v.

**Chaplain BEITZEL, W.C.I.; M. Mealie, Dietary Manager, W.C.I.; Jon P. Galley, Warden, W.C.I.; Mary Anne Saar, D.O.C. Secretary; Robert L. Erlich, Jr., Governor, Defendants—Appellees.**

No. 05–7888.

United States Court of Appeals, Fourth Circuit.

Submitted: March 30, 2006.

Decided: June 6, 2006.

Steven Ray Wilkerson, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Stephanie Judith Lane Weber, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Steven Ray Wilkerson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Wilkerson v. Beitzel,* No. CA–05–1270–JFM (D.Md. Nov. 10, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*